# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CEDRIC RICHARDSON

NO. 2021 KW 0784

**NOVEMBER 5, 2021**

---

In Re:   Cedric Richardson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 703295.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.** See La. Code Crim. P. art. 557; see also **State v. Louviere,** 2000-2085 (La. 9/4/02), 833 So.2d 540, cert. denied, 124 S.Ct. 56, 540 U.S. 828, 157 L.Ed.2d 52.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT